JS-6: 14-4304, 14-9055

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| | |
|---|---|
| DISH NETWORK L.L.C. et al., <br><br> Plaintiffs, <br><br> v. <br><br> HECTOR CASTILLO, <br><br> Defendant. | Case No. CV 14-4304-JFW (ASx) <br><br> **FINAL JUDGMENT AND PERMANENT INJUNCTION** |

Having considered the parties' Stipulation for Entry of Final Judgment and Permanent Injunction, and good cause appearing, the Court approves the stipulation and **ORDERS** as follows:

1. Judgment is entered for Plaintiffs DISH Network L.L.C., EchoStar Technologies L.L.C., and NagraStar LLC (collectively, "DISH Network") on their claims alleging violations of the Digital Millennium Copyright Act, 17 U.S.C. § 1201(a)(1), Federal Communications Act, 47 U.S.C. § 605(a), and the Electronic Communications Privacy Act, 18 U.S.C. §§ 2511(1)(a) and 2520.

2. Defendant Hector Meza Castillo ("Defendant") shall pay damages in the amount of $10,000 to DISH Network. The damages awarded to DISH Network are non-dischargeable pursuant to 11 U.S.C. § 523(a)(6).

3. Defendant, and any person acting in active concert or participation with Defendant that receives actual notice of this order, is hereby permanently enjoined from:

    A. circumventing or assisting others to circumvent DISH Network's security system, or otherwise intercepting or assisting others to intercept DISH Network's satellite signal;

    B. testing, analyzing, reverse engineering, manipulating, or extracting codes, data, or information from DISH Network's satellite receivers, smart cards, satellite data stream, or any other part or component of the DISH Network security system.

4. This permanent injunction takes effect immediately.

5. Each party is to bear its own attorney's fees and costs.

6. The Court retains jurisdiction over this action for a period of two years for the purpose of enforcing this final judgment and permanent injunction.

7. Defendant, by entering the Stipulation for Entry of Final Judgment and Permanent Injunction, does not admit to any wrongdoing or any facts alleged which would give rise to any criminal liability.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: <u>February 9, 2015</u>

                                                Hon. John F. Walter
                                                United States District Judge